**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MICHAEL M. WARD,

Plaintiff,

v.

CITY OF REDDING POLICE DEPARTMENT., et al.,

Defendants.

No. 2:25-cv-0919-TLN-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. On November 2, 2026, the Court issued an order addressing the sufficiency of Plaintiff's second amended complaint. ECF No 11. The Court hereby clarifies that order to reflect that the second amended complaint was screened pursuant to 28 U.S.C. § 1915(e)(2), which is applicable to litigants who, as here, have been granted in forma pauperis status. The Court's analysis in the November 2, 2026, order remains unchanged under this screening standard, and Plaintiff is still directed to file a third amended complaint within 30 days of the November 2, 2026, order.

IT IS SO ORDERED.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE